# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

| | | |
|---|---|---|
| **BRENDA ENID COLLAZO** | Chapter: | **13** |
| Debtor(s) | Case Number: | **1-09-bk-05735 MDF** |

# <u>ORDER</u>

AND NOW, the Court having determined that the above-named bankruptcy case should be reassigned to Judge Robert N. Opel, II in the interests of judicial economy,

IT IS HEREBY ORDERED that Bankruptcy Case No. 1-09-bk-05735 is reassigned from Judge Mary D. France to Judge Robert N. Opel, II.

By the Court,

_Robert N. Opel II_
_____
Robert N. Opel, II, Chief Bankruptcy Judge

(BI)

Date: May 18, 2017

MDPA-Order Reassigni ng CaseIGN.WPT REV 09/13