```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                            Case No. 09-05735-RNO
Brenda Enid Collazo                                               Chapter 13
         Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: PRadginsk         Page 1 of 1            Date Rcvd: May 18, 2017
                            Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2017.
db             +Brenda Enid Collazo,   5012 Flora Avenue,   Holiday, FL 34690-6618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    United States of America - USDA ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Brenda Enid Collazo DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Thomas I Puleo    on behalf of Creditor    United States of America - USDA tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    USDA, Rural Developemant tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**Brenda Enid Collazo**

\* Debtors

| | |
|---|---|
| Chapter: | **13** |
| Case Number: | **1-09-05735** |
| Document No.: | **92** |
| Nature of Proceeding: | **Petition for Unclaimed Funds** |

# ORDER

**IT IS ORDERED** that the Petition for Unclaimed Funds, filed 5/4/2017, in the amount of $419.73, is approved.

By the Court,

*Robert N. Opel, II, Chief Bankruptcy Judge*
(BI)

Dated: May 18, 2017

MDPA-Order Petition for Unclaimed funds.wpt - REV 03/16